**B. Petchaft, appellee, v. Halperin Brothers Company, appellant. Gen. No. 23,875.**

Action on note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 16, 1918.

Adams, Crews, Bobb & Wescott, for appellant. Levisohn & Levisohn, for appellee; Israel Cowen, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

**Mary Laski, appellee, v. National Council of Knights and Ladies of Security, appellant. Gen. No. 23,884.**

Action on fraternal insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph P. Rafferty, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 16, 1918. Thomson, J., specially concurring.

A. W. Fulton, for appellant. Harold O. Mulks and J. Leonard Brill, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**May E. Phelan, executrix of the estate of Edward P. Phelan, deceased, appellee, v. Chicago Railways Company, appellant. Gen. No. 23,792.**

Action to recover for death of member of fire department caused by street car striking fire truck on which he was riding. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. William Fenimore Cooper, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed October 16, 1918.

John E. Kehoe and Charles Le Roy Brown, for appellant; John R. Guilliams, of counsel. Trainor & Trainor, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**H. D. Kennedy for use of W. A. Seaman, appellee, v. Searle S. Barnett and Paul P. Barnett, appellants. Gen. No. 23,815.**

Action to recover commission on exchange of land. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 16, 1918. Rehearing denied October 28, 1918.

Otto F. Ring and Jones & Kerner, for appellants. Charles D. McGrath, for appellee.

Mr. Justice Thomson delivered the opinion of the court.